In the Matter of the Accounting of HERMAN WACHT et al., as Trustees under the Will of SAMUEL WACHT, Deceased. NEW YORK TRUST COMPANY, as Trustee under the Will of SAMUEL WACHT, Deceased, Appellant; HERMAN WACHT et al.,

as Trustees under the Will of SAMUEL WACHT, Deceased, et al., Respondents.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ. [See *ante,* p. 402.]